# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

JOSEPH MELINO,

      Plaintiff,

   vs.                  **CASE NUMBER: 9:06-CV-1173**

WILLIAM TOTTEN, PHILIP ABITABLE,
PAULETTE MILLER, LOYCE DUKE,
FRANCIS CARUSO, PAUL CUSHMAN
and DEBRA JOY,

      Defendants.


**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury having returned a verdict of no cause of action as against the defendants, all claims against Defendants William Totten, Philip Abitable, Paulette Miller, Loyce Duke, Francis Caruso, Paul Cushman and Debra Joy are hereby dismissed.

All of the above pursuant to the jury verdict rendered on August 26, 2010 before the Honorable Judge Glenn T. Suddaby.


DATED: August 26, 2010

Clerk of Court


s/ _____
L. Welch
Deputy Clerk